DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID ANTHONY VASQUEZ-MALAVE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2325

_____

August 21, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Daniel Wehking, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.